NO. 10-2295

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

REX T. GILBERT, JR. and DANIELA L. GILBERT,

Plaintiffs-Appellants,

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS,
As Trustee for, RESIDENTIAL ACCREDIT LOANS, INC.
DAVID A. SIMPSON, P.C., Substitute Trustee,
RESIDENTIAL FUNDING, LLC and
GMAC MORTGAGE, LLC.

Defendants-Appellees

_____

PLAINTIFFS-APPELLANTS'
REPORT ON THE STATUS OF CERTAIN BANKRUPTCY
PROCEEDINGS AS THEY AFFECT THIS APPEAL

_____

As directed in the Court's Order of June 20, 2012, Plaintiffs-Appellants respectfully submit this written report on the status of certain bankruptcy proceedings as they affect this appeal.

The Gilberts respectfully object to the Status Report submitted on June 11, 2013, by Defendants-Appellees. Specifically, the Gilberts object to the following statement which appears in the report:

As a consequence of the sale, Ocwen Loan Servicing, LLC now services the Plaintiffs-Appellants' mortgage loan.

On May 3, 2011, *In the Matter of the Foreclosure by David A. Simpson*, ___ N.C.App. ___, 711 S.E.2d 165 (2011), the North Carolina Court of Appeals reversed the order of the trial court which authorized the substitute trustee to sell the Gilberts' residence at a foreclosure sale. The Court held, *inter alia*, that Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Series 2006-QA6 failed to establish by and through a connected chain of endorsements that it was the owner and holder of the Gilberts' note and deed of trust.

As a result of the decision in *Simpson*, Residential Funding LLC and GMAC Mortgage LLC, master and sub servicer, respectively, for Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc. Series 2006-QA6, did not have authority to service the Gilberts' mortgage. Residential Funding LLC and GMAC Mortgage LLC had nothing to sell to Ocwen Loan Servicing, LLC in the way of servicing rights on the Gilberts' mortgage.

After the March 13, 2013, status report was filed, the Gilberts through counsel contacted filing counsel for Defendants-Appellees regarding this objectionable statement in the status report. To date, filing counsel has not responded; however, a lawyer in the Charlotte, North Carolina office of Bradley Arant Boult Cummings contacted the Gilberts on behalf of Ocwen Loan Servicing,

LLC. In response, the Gilberts advised again of the objectionable statement in the Defendants-Appellee's status report and questioned the right and authority of Ocwen Loan Servicing LLC with respect to the Gilberts' mortgage loan.

Counsel for Ocwen Loan Servicing, LLC indicated that she would instruct Ocwen Loan Servicing LLC to cease direct contact with the Gilberts. Such contacts, however, have not ceased. Further, counsel has thus far failed to address the underlying issue regarding the alleged sale by Defendant-Appellees' GMAC Mortgage LLC and Residential Funding LLC of the Gilberts' mortgage loan when no authority existed for such sale.

The Debtors' bankruptcy proceedings are ongoing and the automatic stay remains in place with respect to the claims brought against the Debtors in this litigation and, in particular, with respect to this appeal. The Gilberts, however, are being subjected to collection efforts by a party not restricted by the automatic stay but the Gilberts being restricted by the stay are unable to add said party as a defendant.

Counsel requests this report be accepted as the Gilberts' June, 2013 status report.

Dated: June 23, 2013                    Respectfully Submitted
                                        /s/ Katherine S. Parker-Lowe
                                        Katherine S. Parker-Lowe
                                        NC State Bar #13318
                                        35 Miss Elecia Lane, Suite 101
                                        Post Office Box 730

Ocracoke, North Carolina 27960
252-928-1000
katherine@ocracokelaw.net
Counsel for Appellants

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system on

July 23, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will

be accomplished by the appellate CM/ECF system.

/s/ Katherine S. Parker-Lowe
Katherine S. Parker-Lowe
Attorney for Plaintiff-Appellants
NC State Bar #13318
35 Miss Elecia Lane, Suite 101
Post Office Box 730
Ocracoke, NC 27960
252-928-1000
252-928-3037
katherine@parker-lowe.net