UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 4, 2013

_____

STATUS REPORT
FOLLOW-UP NOTICE

_____

No.   10-2295,      <u>Rex Gilbert, Jr. v. Residential Funding LLC</u>
                    4:09-cv-00181-D

TO:
    Daniela L. Gilbert
    Rex T. Gilbert
    GMAC Mortgage LLC
    Deutsche Bank Trust Company Americas
    Residential Funding LLC

**STATUS REPORT DUE:  10/15/2013**

The court previously directed the filing of status reports. We have not received a status report from [enter party]. You must remedy this default by the due date shown. Failure to comply with the court's rules and instructions may result in initiation of disciplinary action under Local [Rule 46(g)](#).

Sue Ellen Nagle, Deputy Clerk
804-916-2702

Copies:   Marc James Ayers
        Martin C. Bryce Jr.
        Katherine Suzanne Parker-Lowe
        Carter Glasgow Phillips
        Lowell J. Schiller
        Nicholas J. Voelker
        Rebecca K. Wood